# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

| | |
|---|---|
| KRIS MARCHELLE PARMER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION LLC, AFFIRM BACKGROUND SCREENING, INC., UPLIFT, INC.,<br><br>　　　　Defendants. | Case No.: 5:24-cv-00538-ACC-PRL<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT TRANS UNION LLC ONLY** |

**NOTICE IS HEREBY GIVEN** that Plaintiff Kris Marchelle Parmer and Defendant Trans Union LLC ("Trans Union"), have resolved the claims between them in this matter. The parties are in the process of finalizing the terms and performance attendant to that resolution. The parties anticipate completing that performance within the next forty-five (45) days and submitting to the Court the necessary dismissal papers. In the interim, the Parties ask that the Court vacate all deadlines in this matter as to Defendant Trans Union LLC only. Plaintiff further requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

//

1/3

*Parmer v. Experian Information Solutions, Inc, et al*
Notice of Settlement as to Defendant Trans Union LLC Only.

RESPECTFULLY SUBMITTED this 18th day of November 2024

**CONSUMER ATTORNEYS**

/*s/ Catherine Tillman*
Catherine Tillman, Esq., FL #0057663
CONSUMER ATTORNEYS
8095 N. 85th Way
Scottsdale, AZ 85258
T: (941) 263-7310
F: (718) 715-1750
E: ctillman@consumerattorneys.com

David Pinkhasov, FL No. 1040933
CONSUMER ATTORNEYS
72-47 139th street
Flushing, NY 11367
T: (718) 701-4605
E: dpinkhasov@consumerattorneys.com

*Attorneys for Plaintiff,
Kris Marchelle Parmer*

2/3

*Parmer v. Experian Information Solutions, Inc, et al*
Notice of Settlement as to Defendant Trans Union LLC Only.

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 18, 2024, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

*/s/ Catherine Tillman*

3/3

*Parmer v. Experian Information Solutions, Inc, et al*
Notice of Settlement as to Defendant Trans Union LLC Only.