# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

| | |
|---|---|
| KRIS MARCHELLE PARMER,<br><br>  Plaintiff,<br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION LLC, AFFIRM BACKGROUND SCREENING, INC., UPLIFT, INC.,<br><br>  Defendants. | Case No.: 5:24-cv-00538-ACC-PRL<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC ONLY.** |

**NOTICE IS HEREBY GIVEN** that Plaintiff Kris Marchelle Parmer and Defendant Equifax Information Services, LLC only. ("Equifax"), have resolved the claims between them in this matter. The parties are in the process of finalizing the terms and performance attendant to that resolution. The parties anticipate completing that performance within the next sixty (60) days and submitting to the Court the necessary dismissal papers. In the interim, the Parties ask that the Court vacate all deadlines in this matter as to Defendant Equifax Information Services, LLC only.

//

1/3

*Parmer v. Experian Information Solutions, Inc, et al*
Notice of Settlement as to Defendant Equifax Information Services, LLC Only

RESPECTFULLY SUBMITTED this 24th day of March 2025

**CONSUMER JUSTICE LAW FIRM PLC**

/*s/ Catherine Tillman*
Catherine Tillman, Esq., FL #0057663
CONSUMER JUSTICE LAW FIRM PLC
8095 N. 85th Way
Scottsdale, AZ 85258
T: (941) 263-7310
F: (480) 613-7733
E: ctillman@consumerjustice.com

*Attorneys for Plaintiff,*
*Kris Marchelle Parmer*

2/3

*Parmer v. Experian Information Solutions, Inc, et al*
Notice of Settlement as to Defendant Equifax Information Services, LLC Only

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2025, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

*/s/ Catherine Tillman*

3/3

*Parmer v. Experian Information Solutions, Inc, et al*
Notice of Settlement as to Defendant Equifax Information Services, LLC Only